CARL SERWAN, an Infant, by HENRIETTA SERWAN, His Guardian ad Litem, et al., Respondents, *v.* MANHATTAN COACH LINE, INC., Appellant, et al., Defendants.

Submitted November 10, 1947; decided November 20, 1947.

*David Tepp* and *George F. Muth* for motion.
*Irving Rodin* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.